IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

NATIONWIDE MUTUAL INSURANCE
COMPANY

      Plaintiff,

v.                                               CV 10-PT-1134-E

SCOTT THOMAS;
KENNETH GENE GOODEN, JR.
and LORI TOUART THOMAS,

      Defendants.

## MEMORANDUM OPINION

This cause comes on to be heard on plaintiff's Motion for Summary Judgment filed on January 25, 2011.  The legal issues with regard to the subject motion include:

(1) Is the failure to later advise the insurer that there is at least a part-time commercial use of an automobile tantamount to a misrepresentation in the earlier application for an insurance policy that there is no such use, if the change creates a material risk which would cause the policy not to be issued on the same terms?

(2)  Is there a question of fact as to whether any such change creates such a material risk?

This court is bound by *Bennett v. Mutual of Omaha Ins. Co.*, 976 F.2d 659 (11th Cir. 1992).  *Also see Mega Life & Health Ins. Co. v. Pieniozek*, 585 F.3d 1399 (11th Cir. 2009).  The motion will be denied.  This court does not reach the first issue as such.

This the 18th day of April, 2011.

                                                     */s/ Robert B. Propst*
                                               ROBERT B. PROPST
                                 SENIOR UNITED STATES DISTRICT JUDGE